UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22795-CIV-LENARD/TURNOFF

**IAN COOLEY**,

    Plaintiff,

vs.

**OFFICER DEBORAH DOTY, UNKNOWN FEMALE OFFICER, UNKNOWN MALE OFFICER #1, UNKNOWN MALE OFFICER #2, and CITY OF MIAMI BEACH, et al.,**

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 28) AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (D.E. 12)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 28), issued on March 25, 2010, recommending that Defendants City of Miami Beach ("City") and Deborah Doty's ("Doty") Motion to Dismiss Amended Complaint ("Motion to Dismiss," D.E. 12), should be granted in part and denied in part. Defendants' Motion to Dismiss was referred to the Magistrate Judge on February 3, 2010. The Magistrate Judge held a hearing on the matter on March 12, 2010. The Report recommends that: (1) Defendants the City of Miami Beach Commission and City Manager Jorge Gonzalez be dismissed and stricken from the style of the case as there are no allegations against them contained in the Amended Complaint; (2) the Motion to Dismiss be denied as to Count I (alleging excessive force against Defendant Doty); (3) the Motion to

Dismiss be granted as to Counts V (alleging false arrest or false imprisonment against Doty) and VII (alleging battery against Doty) and these counts be dismissed without prejudice with leave to amend; and (4) the Motion to Dismiss be granted as to Count VI (alleging battery against Defendant City) and this count be dismissed without prejudice with leave to amend. The Report provided the Parties with fourteen (14) days to file objections. To date, the Parties have not filed any objections. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 28), issued on March 25, 2010, is **ADOPTED**;

2. Consistent with this Order, Defendants City of Miami Beach and Deborah Doty's Motion to Dismiss, filed on December 2, 2009, is **DENIED** as to Count I of the Amended Complaint and **GRANTED** as to Counts V, VI, and VII of the Amended Complaint;

3. Defendants City of Miami Beach Commission and the City Manager, Jorge Gonzalez, are **DISMISSED** and **STRICKEN** from the style of this case, as the Amended Complaint contains no allegations against them;

4. Counts V, VI, and VII of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE** and Plaintiff is granted leave to amend his

Amended Complaint, with respect to these allegations, within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of April, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**